# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LIPPIG, GEORGE K. § | Case No. 12-12926 |
|     LIPPIG, VIRGINIA E § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 30, 2012. The undersigned trustee was appointed on March 30, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         19,500.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.88 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 19,449.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/05/2013 and the deadline for filing governmental claims was 05/06/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,700.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,700.00, for a total compensation of $2,700.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/12/2015          By: /s/THOMAS E. SPRINGER, TRUSTEE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-12926  
**Case Name:** LIPPIG, GEORGE K.  
LIPPIG, VIRGINIA E  
**Period Ending:** 06/12/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 05/21/12  
**Claims Bar Date:** 02/05/13

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at 512 S. Park Rd, Lombard IL | 166,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Harris Bank | 1,800.00 | 0.00 | | 0.00 | FA |
| 3 | Business Checking account with Harris Bank | 34.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous used household goods and furnishin | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Books, Pictures, and CD's | 135.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance policy through employer (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Whole Life insurance policy through Thrivant Present cash surrender value is $0.00. Fully borrowed against. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Debtors sold the assets of Lombard Financial Services through an asset purchase agreement. The new owner of the assets operates under a new name and did not assume the old business name along with the old business liabilities nor did he use the business Tax ID. Lombard Financial assets were sold for $235,000.00. On 01/27/11 the Debtors' received $150,000.00. The proceeds have been spent on bills and expenses (see attachment in SOFA). The Debtors' are still owed $85,000.00. When the buyer, Larry Burger CPA, P.C., receives income totaling $150,000.00 from Lombard Financial Services Clients he would proceed to pay Debtors 50% of every dollar of income until the remainder of $85,000.00 is paid.<br><br>Order approving settlement entered 6/13/13. Larry Burger to pay Corso's (debtors' creditors) first $55,000 received and then Trsutee to receive the remainder, $30,000, under the Asset Pruchase Agreement. | 85,000.00 | 81,336.00 | | 18,000.00 | FA |
| 11 | Debtor expects to owe for the 2011 Tax period. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-12926  
**Case Name:** LIPPIG, GEORGE K.  
LIPPIG, VIRGINIA E  
**Period Ending:** 06/12/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 05/21/12  
**Claims Bar Date:** 02/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Dennis Moore - d/b/a D. Moore Packaging owes the old business around $4,000.00 for earlier services performed. | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 13 | Henry Washington d/b/a/ WMCI, LLC for services the old business performed | 1,375.00 | 0.00 | | 0.00 | FA |
| 14 | Automobile - 2004 Mercury Grand Marquis with 24,000 in mileage - Paid In Full - Full Coverage Auto Insurance | 6,367.00 | 0.00 | | 0.00 | FA |
| 15 | Account Receivable; Kenneth and Marguerite Howar (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 15 | **Assets** **Totals** (Excluding unknown values) | **$267,611.00** | **$86,836.00** | | **$19,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order approving settlement entered 6/13/13 re: Asset Purchase Agreement with Larry Burger, CPA. Mr. Burger shall pay Dick and Linda Corso's (debtors' creditors) the first $55,000 received from his business and then the Trustee to receive the remainder, $30,000, under the Asset Purchase Agreement. Corso repayment portion now completed. Trustee negotiating with Mr. Burger for possible reduced lump sum payment of balance.

**Initial Projected Date Of Final Report (TFR):** June 15, 2014    **Current Projected Date Of Final Report (TFR):** June 15, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-12926 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | LIPPIG, GEORGE K. | | **Bank Name:** | ASSOCIATED BANK |
| | LIPPIG, VIRGINIA E | | **Account:** | ********68 - Checking Account |
| **Taxpayer ID #:** | **-***4585 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/12/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/21/14 | {15} | KENNETH E. HOWARD | Settlement Pursuant to Order approving compromise entered 10/31/14. | 1221-000 | 1,500.00 | | 1,500.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,480.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,470.00 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 0.88 | 1,469.12 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,459.12 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,449.12 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 1,449.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,500.00 | 1,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,449.12 | |
| | | | **Subtotal** | | 1,500.00 | 50.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500.00** | **$50.88** | |

{} Asset reference(s)            Printed: 06/12/2015 12:40 PM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-12926
**Case Name:** LIPPIG, GEORGE K.
LIPPIG, VIRGINIA E
**Taxpayer ID #:** **-***4585
**Period Ending:** 06/12/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ****907666 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 1,449.12 | | 1,449.12 |
| 05/28/15 | {10} | Larry Burger, CPA, PC | Settlement Pursuant to Order 6/6/15. | 1121-000 | 18,000.00 | | 19,449.12 |
| | | | **ACCOUNT TOTALS** | | 19,449.12 | 0.00 | $19,449.12 |
| | | | Less: Bank Transfers | | 1,449.12 | 0.00 | |
| | | | **Subtotal** | | 18,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $18,000.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********68** | 1,500.00 | 50.88 | 0.00 |
| **Checking # ****907666** | 18,000.00 | 0.00 | 19,449.12 |
| | $19,500.00 | $50.88 | $19,449.12 |

{} Asset reference(s)

Printed: 06/12/2015 12:40 PM    V.13.23

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 5, 2013

**Case Number:** 12-12926  
**Debtor Name:** LIPPIG, GEORGE K.

Page: 1

**Date:** June 12, 2015  
**Time:** 12:40:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,700.00 | $0.00 | 2,700.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $8,119.50 | $0.00 | 8,119.50 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $101.22 | $0.00 | 101.22 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $0.88 | $0.88 | 0.00 |
| 1 570 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $31,999.41 | $0.00 | 31,999.41 |
| 2 610 | Capital One Bank (USA), N.A.<br>by American InfoSource Lp as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,667.64 | $0.00 | 2,667.64 |
| 3 610 | Capital One Bank (USA), N.A.<br>by American InfoSource Lp as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,073.87 | $0.00 | 3,073.87 |
| 4 610 | Capital One Bank (USA), N.A.<br>by American InfoSource Lp as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,686.06 | $0.00 | 2,686.06 |
| 5 610 | George & Darlene Najarian<br>3052 Epstein Circle<br>Mundelein, IL 60060 | Unsecured | | $26,030.00 | $0.00 | 26,030.00 |
| 6 610 | DICK AND LINDA CORSO<br>C/O DIMAND LAW OFFICES, P.C.<br>5 E. WILSON ST.<br>BATAVIA, IL 60510 | Unsecured | Claim is waived pursuant to Settlement Agreement between Trustee and Corsos | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 77,378.58 | 0.88 | 77,377.70 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-12926
Case Name: LIPPIG, GEORGE K.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 19,449.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,449.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 2,700.00 | 0.00 | 2,700.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 8,119.50 | 0.00 | 8,119.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 101.22 | 0.00 | 101.22 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 0.88 | 0.88 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 10,920.72
Remaining balance: $ 8,528.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,528.40

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,999.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Department of the Treasury | 31,999.41 | 0.00 | 8,528.40 |

|  | Total to be paid for priority claims: | $ | 8,528.40 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,457.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Capital One Bank (USA), N.A. | 2,667.64 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 3,073.87 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 2,686.06 | 0.00 | 0.00 |
| 5 | George & Darlene Najarian | 26,030.00 | 0.00 | 0.00 |
| 6 | DICK AND LINDA CORSO | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**