# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LIPPIG, GEORGE K.  § Case No. 12-12926
     LIPPIG, VIRGINIA E  §
       §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    7th Floor
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/17/2015 in Courtroom 240, United States Courthouse, Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / /  _____    By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LIPPIG, GEORGE K. § Case No. 12-12926
      LIPPIG, VIRGINIA E § 
 § 
Debtor(s) § 

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 19,500.00 |
| *and approved disbursements of* | $ 50.88 |
| *leaving a balance on hand of* [1] | $ 19,449.12 |
| **Balance on hand:** | $ 19,449.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,449.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 2,700.00 | 0.00 | 2,700.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 8,119.50 | 0.00 | 8,119.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 101.22 | 0.00 | 101.22 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 0.88 | 0.88 | 0.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 10,920.72 |
| Remaining balance: | $ 8,528.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,528.40 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,999.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury | 31,999.41 | 0.00 | 8,528.40 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 8,528.40 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,457.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 2,667.64 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 3,073.87 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 2,686.06 | 0.00 | 0.00 |
| 5 | George & Darlene Najarian | 26,030.00 | 0.00 | 0.00 |
| 6 | DICK AND LINDA CORSO | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 12-12926-DRC
George K. Lippig                                                    Chapter 7
Virginia E Lippig
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 2          Date Rcvd: Jun 22, 2015
                              Form ID: pdf006            Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2015.
```
db/jdb        +George K. Lippig,    Virginia E Lippig,    605 Barrington Avenue,    Unit 212,
                East Dundee, IL 60118-1427
18707239      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
18707241     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
19745928       Capital One Bank (USA), N.A.,    by American InfoSource Lp as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
18707243      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18707242      +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
18707244      +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
18707245      +Codilis & Associates,    15W030 North Frontage Road,    Suite 100,    Willowbrook, IL 60527-6921
18707246      +First Source Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
18707247      +George & Darlene Najarian,    3052 Epstein Circle,    Mundelein, IL 60060-6047
18707248       Global Client Solutions,    PO Box 690870,    Tulsa, OK 74169-0870
18707251       One Main Financial,    PO Box 183172,    Columbus, OH 43218-3172
18707252      +Richard Corso,    4510 Cedar Point Court,    Howell, MI 48843-9522
18707253      +Ron Enterprises,    25605 Arrowhead Dr.,    Mundelein, IL 60060-4038
19113028      +Sage Capital Recovery,    1040 Kings Hwy North,    Cherry Hill, NJ 08034-1908
18707254      +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
18707255      +Sst/Cigpf1co,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
18707256      +Sst/Cigpficorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
18707257      +United Collection Bureau,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
18707259      +Weltman, Weinberg & Reis,    10 S. LaSalle Street, Suite 900,    Chicago, IL 60603-1016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18707240      +E-mail/Text: mmeyers@blittandgaines.com Jun 23 2015 01:29:08      Blitt and Gaines PC,
               Attn: Bankruptcy Dept.,    661 Glenn Ave,    Wheeling, IL 60090-6017
19960630      +E-mail/Text: mdimand@aol.com Jun 23 2015 01:27:32      DICK AND LINDA CORSO,
               C/O DIMAND LAW OFFICES, P.C.,    5 E. WILSON ST.,    BATAVIA, IL 60510-2656
18707249       E-mail/Text: cio.bncmail@irs.gov Jun 23 2015 01:27:26      Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18741604       E-mail/Text: ECF@SHERMETA.COM Jun 23 2015 01:28:12      JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
18707250      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 23 2015 01:28:04      Midland Credit Mgmt,
               8875 Aero Dr,    San Diego, CA 92123-2255
20723613       E-mail/PDF: rmscedi@recoverycorp.com Jun 23 2015 01:20:33      PORTFOLIO INVESTMENT II LLC,
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605,    Attn: Ramesh Singh
18707258      +E-mail/Text: bnc@ursi.com Jun 23 2015 01:27:12      United Recovery Systems,
               5800 North Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: pseamann              Page 2 of 2              Date Rcvd: Jun 22, 2015
                              Form ID: pdf006             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2015 at the address(es) listed below:

        Dana N O'Brien    on behalf of Creditor    Select Portfolio Servicing, Inc./Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Trust 2006 HE7 dobrien@atty-pierce.com,    northerndistrict@atty-pierce.com
        Elizabeth A. Bates    on behalf of Trustee Thomas E Springer ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
        Joseph P Doyle    on behalf of Debtor George K. Lippig joe@fightbills.com,    courts@fightbills.com
        Joseph P Doyle    on behalf of Joint Debtor Virginia E Lippig joe@fightbills.com, courts@fightbills.com
        Joshua D. Greene    on behalf of Trustee Thomas E Springer jgreene@springerbrown.com, iprice@springerbrown.com
        Meredith S Fox    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com
        Michael   Dimand    on behalf of Creditor    Dick & Linda Corso mdimand@aol.com, bankruptcyfilings@wirbickilaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas A Christensen    on behalf of Creditor    Larry Burger CPA,P.C. tchristensen@huckbouma.com, mheneghan@huckbouma.com
        Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.com
        Thomas E Springer     tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.com

        TOTAL: 11