**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LIPPIG, GEORGE K.<br>LIPPIG, VIRGINIA E<br><br>Debtor(s) | § Case No. 12-12926<br>§<br>§<br>§ |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $181,111.00<br>*(without deducting any secured claims)* | Assets Exempt: $13,400.00 |
| Total Distribution to Claimants: $8,528.40 | Claims Discharged<br>Without Payment: $34,457.57 |
| Total Expenses of Administration: $10,971.60 | |

3) Total gross receipts of $ 19,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,971.60 | 10,971.60 | 10,971.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,000.00 | 31,999.41 | 31,999.41 | 8,528.40 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 195,218.00 | 187,438.40 | 34,457.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $219,218.00 | $230,409.41 | $77,428.58 | $19,500.00 |

4) This case was originally filed under Chapter 7 on March 30, 2012. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2015          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtors sold the assets of Lombard | 1121-000 | 18,000.00 |
| Account Receivable; Kenneth and Marguerite Howar | 1221-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 2,700.00 | 2,700.00 | 2,700.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 8,119.50 | 8,119.50 | 8,119.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 101.22 | 101.22 | 101.22 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 0.88 | 0.88 | 0.88 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,971.60 | $10,971.60 | $10,971.60 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury | 5800-000 | 24,000.00 | 31,999.41 | 31,999.41 | 8,528.40 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $24,000.00 | $31,999.41 | $31,999.41 | $8,528.40 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 2,320.00 | 2,667.64 | 2,667.64 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 3,416.00 | 3,073.87 | 3,073.87 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 2,695.00 | 2,686.06 | 2,686.06 | 0.00 |
| 5 | George & Darlene Najarian | 7100-000 | 24,000.00 | 26,030.00 | 26,030.00 | 0.00 |
| 6 | DICK AND LINDA CORSO | 7100-000 | 162,787.00 | 152,980.83 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $195,218.00 | $187,438.40 | $34,457.57 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-12926　　　　　　　　　　　　　　　　　　**Trustee:**　(330640)　THOMAS E. SPRINGER, TRUSTEE
**Case Name:**　LIPPIG, GEORGE K.　　　　　　　　　　**Filed (f) or Converted (c):** 03/30/12 (f)
　　　　　　　　LIPPIG, VIRGINIA E　　　　　　　　　　**§341(a) Meeting Date:** 05/21/12
**Period Ending:** 10/16/15　　　　　　　　　　　　　　　**Claims Bar Date:** 02/05/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1　Real estate located at 512 S. Park Rd, Lombard IL | 166,000.00 | 0.00 | | 0.00 | FA |
| 2　Checking account with Harris Bank | 1,800.00 | 0.00 | | 0.00 | FA |
| 3　Business Checking account with Harris Bank | 34.00 | 0.00 | | 0.00 | FA |
| 4　Miscellaneous used household goods and furnishin | 600.00 | 0.00 | | 0.00 | FA |
| 5　Books, Pictures, and CD's | 135.00 | 0.00 | | 0.00 | FA |
| 6　Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 7　Miscellaneous Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8　Term Life Insurance policy through employer (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 9　Whole Life insurance policy through Thrivant Present cash surrender value is $0.00. Fully borrowed against. | 0.00 | 0.00 | | 0.00 | FA |
| 10　Debtors sold the assets of Lombard Financial Services through an asset purchase agreement. The new owner of the assets operates under a new name and did not assume the old business name along with the old business liabilities nor did he use the business Tax ID. Lombard Financial assets were sold for $235,000.00. On 01/27/11 the Debtors' received $150,000.00. The proceeds have been spent on bills and expenses (see attachment in SOFA). The Debtors' are still owed $85,000.00. When the buyer, Larry Burger CPA, P.C., receives income totaling $150,000.00 from Lombard Financial Services Clients he would proceed to pay Debtors 50% of every dollar of income until the remainder of $85,000.00 is paid.<br><br>Order approving settlement entered 6/13/13.  Larry Burger to pay Corso's (debtors' creditors) first $55,000 received and then Trsutee to receive the remainder, $30,000, under the Asset Pruchase Agreement. | 85,000.00 | 81,336.00 | | 18,000.00 | FA |
| 11　Debtor expects to owe for the 2011 Tax period. | 0.00 | 0.00 | | 0.00 | FA |

Printed: 10/16/2015 02:01 PM　　V.13.25

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-12926  
**Case Name:** LIPPIG, GEORGE K.  
  LIPPIG, VIRGINIA E  
**Period Ending:** 10/16/15  

**Trustee:** (330640)  THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 05/21/12  
**Claims Bar Date:** 02/05/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12  Dennis Moore - d/b/a D. Moore Packaging owes the old business around $4,000.00 for earlier services performed. | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 13  Henry Washington d/b/a/ WMCI, LLC for services the old business performed | 1,375.00 | 0.00 | | 0.00 | FA |
| 14  Automobile - 2004 Mercury Grand Marquis with 24,000 in mileage - Paid In Full - Full Coverage Auto Insurance | 6,367.00 | 0.00 | | 0.00 | FA |
| 15  Account Receivable; Kenneth and Marguerite Howar (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| **15  Assets  Totals** (Excluding unknown values) | **$267,611.00** | **$86,836.00** | | **$19,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order approving settlement entered 6/13/13 re: Asset Purchase Agreement with Larry Burger, CPA. Mr. Burger shall pay Dick and Linda Corso's (debtors' creditors) the first $55,000 received from his business and then the Trustee to receive the remainder, $30,000, under the Asset Purchase Agreement. Corso repayment portion now completed. Trustee negotiating with Mr. Burger for possible reduced lump sum payment of balance.

**Initial Projected Date Of Final Report (TFR):** June 15, 2014       **Current Projected Date Of Final Report (TFR):** June 12, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-12926  
**Case Name:** LIPPIG, GEORGE K.  
LIPPIG, VIRGINIA E  
**Taxpayer ID #:** **-***4585  
**Period Ending:** 10/16/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********68 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/21/14 | {15} | KENNETH E. HOWARD | Settlement Pursuant to Order approving compromise entered 10/31/14. | 1221-000 | 1,500.00 | | 1,500.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,480.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,470.00 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 0.88 | 1,469.12 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,459.12 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,449.12 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 1,449.12 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,500.00 | 1,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,449.12 | |
| | | | **Subtotal** | | 1,500.00 | 50.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500.00** | **$50.88** | |

{} Asset reference(s)

Printed: 10/16/2015 02:01 PM     V.13.25

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-12926  
**Case Name:** LIPPIG, GEORGE K.  
LIPPIG, VIRGINIA E  
**Taxpayer ID #:** **-***4585  
**Period Ending:** 10/16/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****907666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 1,449.12 | | 1,449.12 |
| 05/28/15 | {10} | Larry Burger, CPA, PC | Settlement Pursuant to Order 6/6/15. | 1121-000 | 18,000.00 | | 19,449.12 |
| 07/28/15 | 10101 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $2,700.00, Trustee Compensation; Reference: | 2100-000 | | 2,700.00 | 16,749.12 |
| 07/28/15 | 10102 | Department of the Treasury | Dividend paid 26.65% on $31,999.41; Claim# 1; Filed: $31,999.41; Reference: | 5800-000 | | 8,528.40 | 8,220.72 |
| 07/28/15 | 10103 | SPRINGER BROWN, LLC | Combined Check for Claims#et_al. | | | 8,220.72 | 0.00 |
| | | | Dividend paid 100.00%    8,119.50 on $8,119.50;  Claim# ; Filed: $8,119.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    101.22 on $101.22;  Claim# ; Filed: $101.22 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 19,449.12 | 19,449.12 | $0.00 |
| Less: Bank Transfers | 1,449.12 | 0.00 | |
| Subtotal | 18,000.00 | 19,449.12 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $18,000.00 | $19,449.12 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ********68 | 1,500.00 | 50.88 | 0.00 |
| Checking # ****907666 | 18,000.00 | 19,449.12 | 0.00 |
| | $19,500.00 | $19,500.00 | $0.00 |

{} Asset reference(s)